ACCEPTED
14-13-00352-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/15/2015 5:48:46 PM
CHRISTOPHER PRINE
CLERK

NO. 14-13-00352-CV

IN THE COURT OF APPEALS FOR THE FOURTEENTH DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/15/2015 5:48:46 PM
CHRISTOPHER A. PRINE
Clerk

BP OIL PIPELINE COMPANY,
*Appellant*,

v.

PLAINS PIPELINE, L.P.,
*Appellee*.

ON APPEAL FROM THE 80TH JUDICIAL DISTRICT COURT
HARRIS COUNTY, TEXAS

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE MOTION FOR REHEARING**

*To the Honorable Court of Appeals*:

Plaintiff and Appellant BP Oil Pipeline Company ("BP") files this motion for extension of time to file its motion for rehearing, pursuant to Texas Rules of Appellate Procedure 49.8 and 10.5(b).

BP requests this extension of time because its appellate counsel needs additional time to prepare its motion for rehearing. Specifically, BP needs additional time to review the substantial majority and dissenting opinions issued by the Court on June 30, 2015 and the numerous authorities cited therein that have not

previously been reviewed by the parties or briefed in the original appellate briefing. In addition, BP's counsel are currently involved in other litigation matters that have required and will continue to require their attention over the next several weeks.

This is BP's first request for an extension of time to file its motion for rehearing. Any motions for rehearing are currently due to be filed with this Court on July 15, 2015. BP timely requests a thirty-one (31) day extension of this deadline under Texas Rule of Appellate Procedure 49.8, making its motion for rehearing due on August 17, 2015.

WHEREFORE, Appellant BP Oil Pipeline Company requests a thirty-one (31) day

extension of time to file its motion for rehearing, making the motion for rehearing due August 17, 2015.

Respectfully submitted,

**LISKOW & LEWIS**

By: _/s/ Alma F. Gomez_
      Jana L. Grauberger
      Texas State Bar No. 24047502
      Michael P. Cash
      Texas State Bar No. 03965500
      Alma F. Gomez
      Texas State Bar No. 24069800
      James T. Kittrell
      Texas State Bar No. 24078795
      1001 Fannin Street, Suite 1800
      Houston, Texas  77002
      Telephone:  (713) 651-2900
      Facsimile:   (713) 651-2908
      Email:  jlgrauberger@liskow.com
      Email:  mcash@liskow.com
      Email:  afgomez@liskow.com
      Email:  jkittrell@liskow.com

      Joe B. Norman
      Louisiana State Bar No. 8160
      One Shell Square
      701 Poydras Street, Suite 5000
      New Orleans, Louisiana 70139
      Telephone: (504) 556-4052
      Facsimile:  (504) 556-4108
      Email:  jbnorman@liskow.com

**ATTORNEYS FOR APPELLANT**
**BP OIL PIPELINE COMPANY**

## CERTIFICATE OF CONFERENCE

Under Texas Rules of Appellate Procedure 10.1(a)(5), I certify that on July 15, 2015, I conferred with Jane Robinson, counsel for Appellee Plains Pipeline, L.P., and she does not oppose the extension of time requested.

*/s/ Alma F. Gomez*
Alma F. Gomez

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Appellant's Motion for Extension of Time to File Motion for Rehearing is being served on all attorneys of record for Appellee on this 15th day of July, 2015, by the method indicated below.

*/s/ Alma F. Gomez*
Alma F. Gomez

| | | |
|---|---|---|
| John Zavitsanos<br>Elizabeth Fletcher<br>Jane Robinson<br>Ahmad, Zavitsanos, Anaipakos, Alavi &<br>Mensing, P.C.<br>1221 McKinney St., Suite 3460<br>Houston, Texas 77010<br>Telephone: (713) 655-1101<br>Facsimile: (713) 655-0062 | Certified Mail – RRR<br><br>No.:<br><br>Private Delivery<br><br>E-Mail<br><br>Personal Delivery | ☐<br><br><br><br>☐<br><br>☒<br><br>☐ |
| Thomas C. Wright<br>Natasha N. Taylor<br>Wright & Close, LLP<br>One Riverway, Suite 200<br>Houston, Texas 77056<br>Telephone: (713) 572-4321<br>Facsimile: (713) 572-4320<br><br>*Attorneys for Appellee, Plains Pipeline, L.P.* | Certified Mail – RRR<br><br>No.:<br><br>Private Delivery<br><br>E-Mail<br><br>Personal Delivery | ☐<br><br><br><br>☐<br><br>☒<br><br>☐ |

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that Appellant's Motion for Extension of Time to File Motion for Rehearing was produced on a computer using Microsoft Word and contains 216 words, as determined by the word-count feature of the word processing software, excluding the sections of the documented listed in Tex. R. App. 9.4(i)(1).

*/s/ Alma F. Gomez*
Alma F. Gomez